BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
ROBERT K. QUEALY[1]
Special Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6874
    Facsimile: (213) 894-0141
    E-mail:    Robert.Quealy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-04835-DUTY-1 |
| Plaintiff, | GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION |
| v. | |
| ASHLEIGH BROWN, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

☐ 1.   Temporary 10-day Detention Requested (§ 3142(d)) on the following grounds:

    ☐ a.   present offense committed while defendant was on release pending (felony trial),

    ☐ b.   defendant is an alien not lawfully admitted for permanent residence; and

---

[1] Authorized to Practice Pursuant to Local Rule 83-2.1.4.2

| | | | |
|---|---|---|---|
| | ☐ | c. | defendant may flee; or |
| | ☐ | d. | pose a danger to another or the community. |
| ☒ | 2. | | Pretrial Detention Requested (§ 3142(e)) because no condition or combination of conditions will reasonably assure: |
| | ☒ | a. | the appearance of the defendant as required; |
| | ☒ | b. | safety of any other person and the community. |
| ☐ | 3. | | Detention Requested Pending Supervised Release/Probation Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a)): |
| | ☐ | a. | defendant cannot establish by clear and convincing evidence that he/she will not pose a danger to any other person or to the community; |
| | ☐ | b. | defendant cannot establish by clear and convincing evidence that he/she will not flee. |
| ☐ | 4. | | Presumptions Applicable to Pretrial Detention (18 U.S.C. § 3142(e)): |
| | ☐ | a. | Title 21 or Maritime Drug Law Enforcement Act ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense with 10-year or greater maximum penalty (presumption of danger to community and flight risk); |
| | ☐ | b. | offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or 2332b(g)(5)(B) with 10-year or greater maximum penalty (presumption of danger to community and flight risk); |
| | ☐ | c. | offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, |

|     |     |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                       |
| --- | --- | --- | --- |
| 1   |     |     | 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4), |
| 2   |     |     | 2260, 2421, 2422, 2423 or 2425 (presumption of danger |
| 3   |     |     | to community and flight risk); |
| 4   | ☐   | d.  | defendant currently charged with an offense described |
| 5   |     |     | in paragraph 5a - 5e below, AND defendant was |
| 6   |     |     | previously convicted of an offense described in |
| 7   |     |     | paragraph 5a - 5e below (whether Federal or |
| 8   |     |     | State/local), AND that previous offense was committed |
| 9   |     |     | while defendant was on release pending trial, AND the |
| 10  |     |     | current offense was committed within five years of |
| 11  |     |     | conviction or release from prison on the above- |
| 12  |     |     | described previous conviction (presumption of danger to |
| 13  |     |     | community). |
| 14  | ☒   | 5.  | Government Is Entitled to Detention Hearing Under § 3142(f) |
| 15  |     |     | If the Case Involves: |
| 16  | ☐   | a.  | a crime of violence (as defined in 18 U.S.C. |
| 17  |     |     | § 3156(a)(4)) or Federal crime of terrorism (as defined |
| 18  |     |     | in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum |
| 19  |     |     | sentence is 10 years' imprisonment or more; |
| 20  | ☐   | b.  | an offense for which maximum sentence is life |
| 21  |     |     | imprisonment or death; |
| 22  | ☐   | c.  | Title 21 or MDLEA offense for which maximum sentence is |
| 23  |     |     | 10 years' imprisonment or more; |
| 24  | ☐   | d.  | any felony if defendant has two or more convictions for |
| 25  |     |     | a crime set forth in a-c above or for an offense under |
| 26  |     |     | state or local law that would qualify under a, b, or c |
| 27  |     |     |     |
| 28  |     |     |     |

1 | if federal jurisdiction were present, or a combination
2 | or such offenses;
3 | ☐ e. any felony not otherwise a crime of violence that
4 | involves a minor victim or the possession or use of a
5 | firearm or destructive device (as defined in 18 U.S.C.
6 | § 921), or any other dangerous weapon, or involves a
7 | failure to register under 18 U.S.C. § 2250;
8 | ☒ f. serious risk defendant will flee;
9 | ☐ g. serious risk defendant will (obstruct or attempt to
10 | obstruct justice) or (threaten, injure, or intimidate
11 | prospective witness or juror, or attempt to do so).
12 | ☐ 6. Government requests continuance of _____ days for detention
13 | hearing under § 3142(f) and based upon the following
14 | reason(s):
15 |
16 | _____
17 | _____
18 | _____
19 | //
20 | //

1  ☐  7.  Good cause for continuance in excess of three days exists in
2          that:
3
4  _____
5  _____
6  _____
7  _____
8  Dated: August 5, 2025            Respectfully submitted,
9                                   BILAL A. ESSAYLI
                                    Acting United States Attorney
10
                                    CHRISTINA T. SHAY
11                                  Assistant United States Attorney
                                    Chief, Criminal Division
12
13                                  /s/
                                    ROBERT K. QUEALY
14                                  Special Assistant United States
                                    Attorney
15
                                    Attorneys for Plaintiff
16                                  UNITED STATES OF AMERICA