UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No.  2:25-cr-00701-FMO   Date: 09/02/2025

Present: The Honorable: Brianna Fuller Mircheff, United States Magistrate Judge

Interpreter  N/A   Language  N/A

| Christianna Howard | CS 09/02/2025 | Patrick Kibbe |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)  ✔ Present  In Custody   Attorneys for Defendants:  ✔ Present  DFPD

Ashleigh Brown                                   Erica Choi

Proceedings: Arraignment of Defendant and/or   ✔ Assignment of Case   Appointment of Counsel
Initial Appearance

* Court does not question defendant as to true name.
* Defendant is arraigned under name on the Information Class A.
* Defendant acknowledges having read the Information Class A and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Information Class A.
* This case is assigned to Judge Fernando M. Olguin.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 10/21/2025 8:45 AM
* Judge Olguin is located in 6D, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA   PSAED   PSASA
     USMLA   USMED   USMSA       Initial Appearance/Appointment of Counsel:  00 : 00
     Statistics Clerk   Interpreter                      Arraignment: 00 : 05
     CJA Supervising Attorney   Fiscal        Initials of Deputy Clerk: CH by TRB