# Exhibit E

| | |
|---|---|
| **From:** | Erica Choi |
| **To:** | Border, Lauren (USACAC); Shannon Coit |
| **Subject:** | RE: Brown - joint statement of the case |
| **Date:** | Tuesday, September 30, 2025 4:21:00 PM |

Hi Lauren, can you provide the witness statements (reports, audio recordings) and Henthorn materials? As well as the 911 call and Baldwin Park Police reports? It is difficult to provide estimates without them.

Thank you.

**From:** Border, Lauren (USACAC) <Lauren.Border@usdoj.gov>
**Sent:** Tuesday, September 30, 2025 3:11 PM
**To:** Erica Choi <Erica_Choi@fd.org>; Shannon Coit <Shannon_Coit@fd.org>
**Subject:** RE: Brown - joint statement of the case

Thanks Erica. The last thing I'll need for Friday is your estimate on cross time for the following witnesses for my trial memo, per the Court's standing order (feel free to fill in the "XX" for each) :

1. FPS Inspector Eric Murberg (cross XX minutes)
2. FPS Inspector Z.C. (cross XX minutes)
3. FPS Inspector William Terpstra (cross XX minutes)
4. Homeland Security Investigations Special Agent Robert M. Kurtz III* (cross XX minutes)
5. U.S. Immigration and Customs Enforcement Agent R.H.* (cross XX minutes)
6. Baldwin Park Police Department Officer Janae Moreno* (cross XX minutes)
7. Baldwin Park Police Department Officer Steven Arroyo* (cross XX minutes)
8. Homeland Security Investigations Computer Forensics Analyst Sean McPherson* (cross XX minutes)

Witnesses denoted with an asterisk will be called if the Court grants the government's pending motion in limine to admit evidence pursuant to Fed. R. Evid. 404(b).

FYI - SA Kurtz is the case agent for the felony charge; R.H. is the victim; the two police officers listed responded to the doxxing 911 call outside R.H.'s home; and McPherson will be called if we present evidence from defendant's phone (which is in progress – I don't have anything yet).

**Lauren E. Border | Assistant United States Attorney**
United States Attorney's Office | Central District of California
312 North Spring Street, Suite 1200 | Los Angeles, California 90012
O: ███████████
Lauren.Border@usdoj.gov

**From:** Erica Choi <Erica_Choi@fd.org>
**Sent:** Tuesday, September 30, 2025 2:07 PM
**To:** Border, Lauren (USACAC) <Lauren.Border@usdoj.gov>; Shannon Coit <Shannon_Coit@fd.org>
**Subject:** [EXTERNAL] RE: Brown - joint statement of the case

Hi Lauren, yes you can file this joint statement. Thank you.

---

**From:** Border, Lauren (USACAC) <Lauren.Border@usdoj.gov>
**Sent:** Monday, September 29, 2025 5:57 PM
**To:** Shannon Coit <Shannon_Coit@fd.org>; Erica Choi <Erica_Choi@fd.org>
**Subject:** Brown - joint statement of the case

Hi Erica and Shannon – can you please confirm I have your consent to file the attached joint statement of the case on Friday? I made sure it's not argumentative per the Court's standing order.

Thanks!

**Lauren E. Border | Assistant United States Attorney**
United States Attorney's Office | Central District of California
312 North Spring Street, Suite 1200 | Los Angeles, California 90012

Lauren.Border@usdoj.gov