# EXHIBIT H

(Filed separately under seal)