# EXHIBIT I

(Filed separately under seal)