# Exhibit J



**FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE**

**DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL PROTECTIVE SERVICE**
**ACTIVITY SUMMARY REPORT**

| 1. ACTIVITY TITLE<br>AUSA Interview Exception:<br>C▮ | 2. TIME/DATE<br>10/16/2025 | 3. LOCATION<br>255 E. TEMPLE STREET, LOS ANGELES, CA 90012 | 4. ACTIVITY NUMBER<br>A26090000482<br>5. LEIMS CASE NUMBER<br>F25090162659 |
|---|---|---|---|

**6. ACTIVITY NARRATIVE**

On October 16, 2025, AUSA Lauren Border, AUSA Clifford Mpare, and SA Smith conducted a follow-up interview with FPS Inspector C▮. C▮ stated he has never testified before and was previously employed by Defense Logistics Agency and a Police Officer. C▮ stated protests would have between 50 - 200 protesters throughout the day. C▮ stated FPS would have between 15 - 25 Inspectors on duty at a time. C▮ stated he was responsible for 255 E Temple St as well as the parking apron located off Alameda St. C▮ stated protesters would yell obscenities, hold signs, and come on to federal property to graffiti. C▮ stated on the date of the incident a male protester jumped on an FPS Unmarked vehicle exiting the facility. C▮ attempted to detain the Subject for damage to government property as well as causing a public safety issue. C▮ stated while attempting to detain the male, the Subject struck C▮ in the face. While escorting Redondo-Rosales (Male Subject) off the street, Ashleigh Brown ran up and struck C▮ in the side in the kidney area. C▮ stated he felt the force of the strike and stated it was intentional.

C▮ stated Redondo-Rosales attended the protests daily and was known by FPS as a frequent protester. C▮ stated there were only two arrests the day of the incident to include Redondo-Rosales and Brown. C▮ stated there was approximately a 2 to 1 ratio of protesters to FPS Inspectors. C▮ stated he had never seen BROWN prior to the date of the assault. C▮ stated after he was struck, he turned around and told other Inspectors, "Get Her." C▮ stated he has taken part in two other protests in Florida that were peaceful. These were planned protests with media present and did not affect federal operations. C▮ stated he has not been assaulted at any other protests while employed by FPS.

| 7. CONDUCTED BY<br>*Thomas Smith*<br>10/16/2025 17:22 | 8. APPROVED BY<br>*Ryan Joseph M Angeles*<br>10/17/2025 17:45 |
|---|---|

THIS DOCUMENT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF FPS. IT IS THE PROPERTY OF FPS AND IS LOANED TO YOUR AGENCY; THIS DOCUMENT IS NOT TO BE RELEASED OUTSIDE YOUR AGENCY

FPS ACTIVITY SUMMARY A26090000482   PREVIOUS EDITION MAY BE USED.   PAGE 1 OF 1 PAGES
Generated by: Ryan Joseph M Angeles on 10/17/2025 17:45

**FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE**

EXHIBIT J